[No. 47989-3-II.   Division Two.   May 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN ALLEN ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01121-4, Gary R. Tabor, J., entered September 2, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.

[No. 48818-3-II.   Division Two.   May 23, 2017.]

CORY NEWINGHAM, *Respondent*, v. JOHN NEWINGHAM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-05019-8, Vicki L. Hogan, J., entered March 4, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 49246-6-II.   Division Two.   May 23, 2017.]

NEIL R. BECK, *Appellant*, v. GLACIER NORTHWEST INC., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-2-00691-7, Stephen M. Warning, J., entered June 23, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 34498-3-III.   Division Three.   May 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL STEVEN ABRAHAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 16-1-00221-9, John O. Cooney, J., entered May 19, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.